IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEVIN OWENS,

   Appellant,

v.

MICHAEL D. CREWS,
SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3381

Opinion filed September 4, 2014.

An appeal from an order of the Circuit Court for Leon County.
Charles A. Francis, Judge.

Kevin Owens, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Tammy S. Metcalf, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

  DISMISSED.

PADOVANO, THOMAS, and ROBERTS, JJ., CONCUR.